DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN NORA MURILLO,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:21-cv-00355-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF NO. 17) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 11, 2022 to March 14, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Good cause exists for this request.  Counsel for the Plaintiff is currently in Houston, Texas due to a family emergency involving Counsel's father who is gravely ill with Leukemia. (See Declaration by Dolly M. Trompeter).  Counsel for the Plaintiff is a principal caregiver. Additionally, Counsel has limited

1

1  access to her computer and will require additional time to brief this matter upon her return to
2  California.
3      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant
4  and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 4, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff

Dated: January 4, 2022    PHILLIP A. TALBERT
    Acting United States Attorney
    LISA A. THOMAS
    Regional Chief Counsel, Region VII
    Social Security Administration

By:  **/s/ Meghan J. McEvoy*
    Meghan J. McEvoy
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on January 4, 2022)

**ORDER**

Based on the above stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than March 14, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **January 5, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE