DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN NORA MURILLO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00355-EPG<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME<br><br>(ECF No. 19) |

　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from March 14, 2022 to April 13, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　This is Plaintiff's second request for an extension of time.  Plaintiff's Counsel respectfully states that the requested extension is necessary as she continues to care for her ill father in Houston, Texas with limited access to the computer.  Plaintiff's Counsel has included a declaration in support of the motion.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 12, 2022 | PENA & BROMBERG, ATTORNEYS AT LAW |
|   | By: */s/ Dolly M. Trompeter*<br>DOLLY M. TROMPETER<br>Attorneys for Plaintiff |
| Dated: March 12, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br>PETER K. THOMPSON<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | By:  *\*/s/ Meghan J. McEvoy*<br>Meghan J. McEvoy<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(*As authorized by email on March 11, 2022) |

**ORDER**

Based on the above stipulation (ECF No. 19), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than April 13, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **March 14, 2022**            /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE