DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN NORA MURILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00355-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 21) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 2-day extension of time, from April 13, 2022 to April 15, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to Plaintiff's Counsel having an emergency family health matter to attend to. (see Decl. Dolly M. Trompeter). Defendant does not oppose the

requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 13, 2022          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff


Dated: April 13, 2022          PHILLIP A. TALBERT
                               United States Attorney
                               LISA A. THOMAS
                               Acting Regional Chief Counsel, Region VII
                               Social Security Administration


By:   *\*/s/ Meghan J. McEvoy*
      Meghan J. McEvoy
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on April 13, 2022)

**ORDER**

Based on the above stipulation (ECF No. 21), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than April 15, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 14, 2022**                              /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE