PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
Special Assistant United States Attorney
     601 E 12th Street, Suite 965
     Kansas City, MO 64106
     Telephone: (816) 936-5931
     Facsimile: (833) 950-3518
     Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LILIAN NORA MURILLO, ) | Case No.: 1:21-cv-00355-EPG |
|      Plaintiff, ) | STIPULATED MOTION TO REMAND |
|      vs. ) | (ECF No. 24) |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
|      Defendant. ) | |

    IT IS STIPULATED by and between Lilian Nora Murillo (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the medical and opinion evidence of record.  The parties further request that the Court direct the

Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 6th day of May 2022.

Dated:  May 9, 2022                              */s/  Dolly M. Trompeter, Esq.*\*
                                                 DOLLY M. TROMPETER, ESQ.
                                                 Attorney for Plaintiff
                                                 *Authorized via e-mail on May 6, 2022

Dated:  May 9, 2022                              PHILLIP A. TALBERT
                                                 United States Attorney
                                                 LISA A. THOMAS
                                                 Regional Chief Counsel, Region VII
                                                 Social Security Administration

                                         By:     /s/ SARAH E. PRESTON
                                                 SARAH E. PRESTON
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulated Motion to Remand (ECF No. 24), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **May 9, 2022**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE